IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 2:13cr90-MHT |
| **SARA CHILSOM**   ) | (WO) |

OPINION AND ORDER

This cause is before the court on defendant Sara Chilsom's motion to continue made on August 16, 2013. The government does not oppose Chilsom's request, and her co-defendants who have not plead agree to it. For the reasons set forth below, the court finds that jury selection and trial, now set for September 30, 2013, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not
> guilty is entered, the trial of a

>     defendant charged in an information or
>     indictment with the commission of an
>     offense shall commence within seventy
>     days from the filing date (and making
>     public) of the information or
>     indictment, or from the date the
>     defendant has appeared before a judicial
>     officer of the court in which such
>     charge is pending, whichever date last
>     occurs."

18 U.S.C. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "[w]hether the case is so unusual or so complex ... that it is unreasonable to expect adequate preparation" without granting a continuance. § 3161(h)(7)(B)(ii).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Chilsom in a speedy trial.

Chilsom, through counsel, has represented that she is undergoing a mental evaluation and that the report of that evaluation will not be available until September 24, 2013. A continuance should be granted to allow time for the evaluation and report to be produced.

***

Accordingly, it is ORDERED as follows:

(1) Defendant Sara Chilsom's motion for continuance (Doc. No. 181) is granted.

(2) The jury selection and trial, now set for September 30, 2013, are reset for November 18, 2013, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 19th day of August, 2013.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE