IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:13cr90-MHT |
| SARA CHILSOM | ) | (WO) |


OPINION AND ORDER

Defendant Sara Chilsom is charged with conspiracy to defraud the United States in violation of 18 U.S.C. § 371, mail fraud in violation of 18 U.S.C. § 1341, and theft of public money in violation of 18 U.S.C. § 641. This cause is now before the court on the question of whether Chilsom has the mental capacity to stand trial, that is, whether she is currently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense. See 18 U.S.C. § 4241(a). During the hearing held on this date, the parties agreed to submit the matter to the court for resolution based on

the evidence in the record, without submission of additional evidence.

Dr. Lisa B. Feldman, Psy.D., a forensic psychologist, evaluated Chilsom from July to September 2013.  See 18 U.S.C. § 4241(b).  Dr. Feldman's September 10, 2013, report concluded that Chilsom is currently competent to stand trial.  It stated in relevant part:

> "The defendant does not currently suffer from an active mental illness or defect that would interfere with her trial competency. In addition, Ms. Chilsom demonstrated a factual and rational understanding of the charges against her, an understanding of basic courtroom proceedings, and can assist her attorney in her own defense, if motivated to do so. Therefore, it is the examiner's opinion that Ms. Chilsom be found competent to proceed."

Forensic Evaluation submitted by Dr. Lisa B. Feldman, Psy.D., dated September 10, 2013 (Doc. No. 270) at 11.

Based upon the psychological evaluation and pursuant to 18 U.S.C. § 4241(a), the court finds that Chilsom is not currently suffering from a mental disease or defect such that she is unable to understand the nature and

consequences of the proceedings against her or to assist

properly in her defense.


                          ***

    Accordingly, it is ORDERED that defendant Sara

Chilsom is declared mentally competent to stand trial in

this cause.

    DONE, this the 17th day of October, 2013.


                          /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE